Vincent M. Giblin, Esq. (VG-3668)
**PITTA & GIBLIN LLP**
120 Broadway, 28th Floor
New York, NY 10271
Tel: (212) 652-3890
Fax: (212) 652-3891
E-mail: vgiblin@pittagiblin.com
*Attorneys for Petitioners Operating Engineers Local 825*
*Benefit Funds and Trustees thereof*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| OPERATING ENGINEERS LOCAL 825 EMPLOYEE BENEFIT FUNDS AND THE TRUSTEES THEREOF, | Hon. Dickinson R. Debeviose, U.S.D.J. |
| | Civil Action No. 10-cv-00398 |
| Petitioners, | |
| v. | **CIVIL ACTION** |
| W. J. HINCHMAN INC., | **ORDER FOR DISCOVERY** |
| Respondent. | |

**THIS MATTER** having been brought before the Court by Petitioners Operating Engineers Local 825 Employee Benefit Funds and the Trustees thereof (Pitta & Giblin LLP, Vincent M. Giblin, Esq., appearing) pursuant to a Verified Petition for the entry of an Order requiring W. J. Hinchman Inc., or a person designated by W. J. Hinchman Inc. who may possess information concerning property of the judgment debtor, to appear and make discovery under oath; and the Court having considered the papers submitted in connection with this motion, and having heard arguments of counsel, if any, and for good and sufficient cause shown;

IT IS on this 20th day of July 2011,

**ORDERED** that Petitioners' Verified Petition for Discovery shall be and is hereby GRANTED; and it is further

{00525112.DOCX /}

**ORDERED** that the person designated by the W. J. Hinchman Inc. shall appear and make discovery under oath concerning Respondent's property and things before Pitta & Giblin LLP at the Local 825 Employee Benefit Funds offices located at 65 Springfield Avenue, 2nd Floor, Springfield, NJ 07081 on the 28 day of July, 2011 at 9:30 a.m. in the morning; and it is further

**ORDERED** that the person designated by W. J. Hinchman Inc. shall bring with him documents, writings, and other items set forth in the Petition upon which this Order is based; and it is further

**ORDERED** that Petitioners, by their attorneys, shall serve a copy of this Order and the Petition upon which it is based, which need not be certified, on W. J. Hinchman Inc. at least five (5) days before the return date hereof, by certified mail and/or regular mail, or by personal service.

_____
Michael A. Shipp
**United States Magistrate Judge**